**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANBAXY LABORATORIES, LTD. and RANBAXY, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of Health and Human Services;<br><br>MARGARET HAMBURG, M.D., in her official capacity as Commissioner of Food and Drugs;<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>　　　　Defendants,<br><br>and<br><br>DR. REDDY'S LABORATORIES, INC., and<br><br>ENDO PHARMACEUTICALS INC.,<br><br>　　　　Intervenor-Defendants. | C.A. No. 1:14-cv-01923-BAH |

**JOINT UNOPPOSED MOTION OF INTERVENOR-DEFENDANTS
AND FEDERAL DEFENDANTS
FOR LEAVE TO FILE MEMORANDA
AND ANY SUPPORTING DECLARATIONS UNDER SEAL**

The Federal Defendants and Intervenor-Defendants Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's") and Endo Pharmaceuticals Inc. ("Endo"), through undersigned counsel, hereby

{00041017}

respectfully move the Court for leave to file forthcoming documents under seal. It is irregular to request authorization in advance to file a document under seal. But, given the length of the Federal Defendants' and the Intervenor-Defendants' respective memoranda in support of summary judgment and in opposition to Plaintiffs' motion for a preliminary injunction (the "Memoranda") and any supporting declarations, the difficulties of coordinating necessary redactions among the four different parties, and the fact that the Memoranda and supporting declarations must be filed tomorrow, the parties considered it advisable to secure permission from the Court in advance that the documents can be filed under seal, with a reasonable deadline to redact the documents and later file redacted versions of the Memoranda and supporting declarations to be placed on the public docket.

More specifically, the Intervenor-Defendants' Memorandum, which is permitted to be up to 50 pages in length pursuant to the Court's December 16, 2014 Order, and the Federal Defendants' Memorandum, are due to be filed on December 18, 2014, and will make numerous references to the Administrative Record, which contains non-public information. However, some portions of the Administrative Record will likely be removed from being under seal pursuant to agreement of the parties, while other portions will remain under seal. Each of the more than 2,000 pages in the final Administrative Record, which was only certified quite recently (on Friday, December 12, 2014), will be designated either available to the public, "Confidential," or "Highly Confidential – Attorneys' Eyes Only" pursuant to a draft Protective Order that will likely be submitted to the Court for approval shortly. In addition to the Memoranda, one or both of the Intervenor-Defendants may file a supporting declaration containing "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information. Thus,

appropriate redaction of portions of the Memoranda citing the Administrative Record and any supporting declarations will be somewhat difficult and time-consuming.

In light of the difficulty of securing agreement among the parties as to the classification of each page in the Administrative Record, and then applying those determinations to portions of the Memoranda, the Federal Defendants and Endo and Dr. Reddy's request that they be permitted to file the Memoranda and any supporting declarations under seal tomorrow, and then to work with the other parties to determine what portions of the Memoranda and any supporting declarations need to be redacted, with a deadline of Monday, December 22, 2014 to finalize and file redacted versions, to be placed on the public docket.

The undersigned has contacted attorneys representing each of the parties, and they consent to entry of an Order granting this Motion.

Dated: December 17, 2014                     Respectfully submitted,

                                                      Hyman, Phelps & McNamara, P.C.

/s/ Douglas B. Farquhar
Douglas B. Farquhar (D.C. Bar No. 386573)
Kurt R. Karst (D.C. Bar No. 482615)
Jennifer M. Thomas (D.C. Bar No. 987518)
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005
Phone: (202) 737-5600
Fax: (202) 737-9329
Email: dfarquhar@hpm.com

*Attorneys for Dr. Reddy's Laboratories, Inc.*

Axinn, Veltrop & Harkrider LLP

/s/ Chad A. Landmon
Chad A. Landmon (DC Bar No. 990347)
950 F Street, N.W.

Washington, DC 20004
Phone: (202) 912-4700
Fax: (202) 912-4701

Thomas K. Hedemann (*pro hac vice*)
David K. Ludwig (*pro hac vice*)
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 275-8101

*Attorneys for Endo Pharmaceuticals Inc*.


JOYCE R. BRANDA
Acting Assistant Attorney General
JONATHAN F. OLIN
Deputy Assistant Attorney General
MICHAEL S. BLUME, Director

/s/ Roger Gural
ROGER GURAL
Trial Attorney
Consumer Protection Branch
Civil Division
United States Department of Justice
P.O. Box 386
Washington, DC 20044
202-307-0174
Roger.Gural@usdoj.gov

Of Counsel:
WILLIAM B. SCHULTZ
Acting General Counsel
ELIZABETH H. DICKINSON
Chief Counsel
Food and Drug Division
PERHAM GORJI
Deputy Chief Counsel, Litigation
STEVEN TAVE
Associate Chief Counsel
U.S. Dept. of Health & Human Services
Office of the General Counsel
Food and Drug Administration
Building 31 Room 4304
10903 New Hampshire Avenue

{00041017}                           4

Silver Spring, MD 20993

*Counsel for the Federal Defendants*

{00041017} 5

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2014, the foregoing Motion for Leave to File Under Seal and Proposed Order were filed via the Court's CM/ECF system and served upon ECF-registered counsel for all parties to this proceeding.

By: /s/ Douglas B. Farquhar

{00041017}