**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RANBAXY LABORATORIES, LTD. and RANBAXY, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 1:14-cv-01923-BAH |
| SYLVIA MATHEWS BURWELL, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Sylvia Mathews Burwell, Margaret Hamburg, M.D., and the United States Food and Drug Administration ("FDA") by and through their attorney, Roger J. Gural, Trial Attorney, United States Department of Justice, Consumer Protection Branch, move for summary judgment, and oppose any cross-motion for summary judgment filed by Plaintiffs, on the grounds that FDA lawfully rescinded tentative approvals for Plaintiffs' valganciclovir and esomeprazole ANDAs and lawfully determined that Plaintiffs forfeited any claim to exclusivity for their valganciclovir ANDA.   Therefore, FDA's decisions should not be set aside pursuant to 5 U.S.C. § 706(2)(A), (C), or (D), or on any other grounds.   This motion is accompanied by a Memorandum of Points and Authorities and an Index to the Administrative Record, both filed under seal, as well as a Proposed Order.

Dated: December 18, 2014                                Respectfully submitted,

                                                                              JOYCE R. BRANDA
Acting Assistant Attorney General

JONATHAN F. OLIN
Deputy Assistant Attorney General

MICHAEL S. BLUME, Director

Of Counsel:                                             ANDREW CLARK, Assistant Director
PEGGY DOTZEL
Deputy General Counsel                                  /s/ Roger Gural
                                                                              ROGER GURAL
ELIZABETH H. DICKINSON                                  Trial Attorney
Chief Counsel                                           Consumer Protection Branch
Food and Drug Division                                  Civil Division
                                                                              United States Department of Justice
PERHAM GORJI                                            P.O. Box 386
Deputy Chief Counsel, Litigation                        Washington, DC 20044
                                                                              202-307-0174
STEVEN TAVE                                             Roger.Gural@usdoj.gov
Associate Chief Counsel
U.S. Dept. of Health & Human Services
Office of the General Counsel
Food and Drug Administration
Building 31 Room 4386
10903 New Hampshire Avenue
Silver Spring, MD 20993

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 18th day of December, 2014, he caused the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT to be served upon the following individuals via CM/ECF:

John Kevin Dolan Crisham
Michael D. Shumsky
Stephen S. Schwartz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Douglas B. Farquhar
Jennifer McVey Thomas
HYMAN, PHELPS & MCNAMARA, P.C.
Suite 1200
700 13th Street, N.W.
Washington, DC 20005

Chad A Landmon
David K. Ludwig
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
9th Floor
Hartford, CT 06103

    /s/   Roger Gural
    ROGER GURAL
    United States Department of Justice